IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00402-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JIM KELLY,

       Defendant.

   and

SANDBERG VOLVO,

       Garnishee.

---

## ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on April 17, 2007 in this case is GRANTED.

ORDERED and entered this ___25th___ day of ____July____, 2007.

BY THE COURT:

__s/Lewis T. Babcock_____
UNITED STATES DISTRICT JUDGE