IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00402-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JIM KELLY,

    Defendant.

and

NADART,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on May 31, 2007 in this case is GRANTED.

ORDERED and entered this  20th  day of  August , 2007.

BY THE COURT:

  s/Lewis T. Babcock
UNITED STATES DISTRICT JUDGE