IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   98-cr-00402-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JIM KELLY,

    Defendant.

___

**ORDER**
___

This case is before me on the September 24, 2009 (Doc 847) *pro se* defendant Jim Kelly's letter for "relief and hardship consideration regarding my case." The Government has filed its response to the letter requesting the relief (Doc 849). Having considered the relief requested in light of the plaintiff's response to it, together with the file and record in this case, I find and conclude, first, that this court lacks jurisdiction to modify the restitution provisions of defendant's criminal sentence. I further find and conclude that this court lacks jurisdiction to waive the administrative offset. Finally, I find and conclude that defendant has otherwise, in light of the history in this case, failed to show any reasonable expectation that if the garnishment is dismissed he will voluntarily make restitution payments in any amount regardless of his earnings. Accordingly,

    IT IS ORDERED that the defendant's September 24, 2009 letter requesting relief (Doc 847) is DENIED.

Dated:  December   8    2009.

                                        BY THE COURT:

                                        s/Lewis T. Babcock  
                                        LEWIS T. BABCOCK, JUDGE