IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00402-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JIM KELLY,

    Defendant.

        and

LEAFGUARD NORTHWEST INC.,

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Writ of Garnishment issued on October 6, 2008 in this case is DISMISSED.

ORDERED and entered this  11th  day of    June    , 2010.

                                              BY THE COURT:

                                         s/Lewis T. Babcock
                                         UNITED STATES DISTRICT JUDGE